1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DUDLEY JACKLINE,

11          Plaintiff,                    No. CIV S-09-1578 EFB P

12      vs.

13   UNKNOWN,                             ORDER AND
                                          FINDINGS AND RECOMMENDATIONS
14          Defendant.

15   _____/

16          On December 15, 2009, the court found that plaintiff had attempted to initiate a civil

17   action without filing a complaint, as required by Fed. R. Civ. P. 3, and had further failed to pay

18   the filing fee required by 28 U.S.C. § 1914(a) or requested leave to proceed *in forma pauperis*

19   under 28 U.S.C. § 1915(a).  The court ordered plaintiff to submit a complaint and the required

20   filing fee or an application to proceed *in forma pauperis* within 30 days and warned him that

21   failure to do so would result in a recommendation that this action be dismissed.

22          The 30-day period has expired and plaintiff has not filed a complaint or paid the required

23   filing fee or requested leave to proceed *in forma pauperis* or otherwise responded to that order.[1]

24   ////

25   _____

26          [1] Although plaintiff filed a document on December 29, 2009, it is unresponsive to the
     court's order.

                                                1

1    Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

2  District Judge to this case.

3    Further, it is RECOMMENDED that this action be dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6  after being served with these findings and recommendations, any party may file written

7  objections with the court and serve a copy on all parties.  Such a document should be captioned

8  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11  Dated:  May 3, 2010.

12  

13                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26